# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE NIELSEN COMPANY (US), LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**TVSQUARED LTD.,**<br><br>Defendant. | Civil Action No. 6:22-cv-00244-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF AGREED EXTENSION OF CLAIM CONSTRUCTION REPLY AND SUR-REPLY DEADLINES

Pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines dated March 7, 2022, Plaintiff The Nielsen Company (US), LLC and Defendant TVSquared Ltd. ("the Parties") respectfully jointly provide notice to the Court that the Parties agree to extend the current deadlines for the Parties to file their Claim Construction reply and sur-reply to the dates listed below. The Parties certify that these extended deadlines are agreed upon, do not change the date of any hearing, trial, or other Court date, and do not extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event.

The Parties have jointly agreed to modify the schedule (*see* D.I. 46, D.I. 47), as follows:

| Current Deadline | Agreed Deadline | Event |
|---|---|---|
| November 30, 2022 | December 2, 2022 | TVSquared Ltd. files Claim Construction Reply |
| December 14, 2022 | December 19, 2022 | Nielsen files Claim Construction Sur-Reply |

1

Dated: November 23, 2022

| | |
|---|---|
| /s/ Richard G. Frenkel<br>Richard G. Frenkel (pro hac vice)<br>Cal. Bar No. 204133<br>Chaarushena Deb (pro hac vice)<br>**LATHAM & WATKINS LLP**<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Tel: (650) 328-4600<br>Fax: (650) 463-2600<br>rick.frenkel@lw.com<br>chaaru.deb@lw.com<br><br>Gabriel K. Bell (pro hac vice)<br>Diane E. Ghrist (pro hac vice)<br>**LATHAM & WATKINS LLP**<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004<br>Tel: (202) 637-2200<br>Fax: (202) 637-2201<br>gabriel.bell@lw.com<br>diane.ghrist@lw.com<br><br>Raj Patel (pro hac vice)<br>**LATHAM & WATKINS LLP**<br>330 N. Wabash Avenue, Suite 2800<br>Chicago, IL 60611<br>Tel: (312) 876-7700<br>Fax: (312) 993-9767<br>raj.patel@lw.com<br><br>Paige Arnette Amstutz<br>State Bar No. 00796136<br>**SCOTT DOUGLASS & McCONNICO LLP**<br>303 Colorado Street, Suite 2400<br>Austin, TX 78701<br>Tel: (512) 495-6300<br>Fax: (512) 495-6399<br>pamstutz@scottdoug.com<br><br>**ATTORNEYS FOR DEFENDANT**<br>**TVSquared Ltd.** | /s/ Scott W. Doyle<br>Mark D. Siegmund (State Bar No. 24117055)<br>Craig D. Cherry (State Bar No. 24012419)<br>Gregory P. Love (State Bar No. 24013060)<br>Justin Allen (State Bar No. 24081977)<br>**STECKLER WAYNE CHERRY & LOVE PLLC**<br>8416 Old McGregor Road<br>Waco, Texas 76712<br>Tel: (254) 651-3690<br>Fax: (254) 651-3689<br>mark@swclaw.com<br>craig@swclaw.com<br>greg@swclaw.com<br>justin@swclaw.com<br><br>Steven Yovits (pro hac vice)<br>Constantine Koutsoubas (pro hac vice)<br>**KELLY DRYE & WARREN LLP**<br>333 West Wacker Drive<br>Chicago, IL 60606<br>Tel: (312) 857-7070<br>syovits@kelleydrye.com<br>ckoutsoubas@kelleydrye.com<br><br>Clifford Katz (pro hac vice)<br>Malavika Rao (pro hac vice)<br>David G. Lindenbaum (pro hac vice)<br>**KELLY DRYE & WARREN LLP**<br>3 World Trade Center<br>175 Greenwich St.<br>New York, NY 10007<br>Tel: (212) 808-7800<br>ckatz@kelleydrye.com<br>mrao@kelleydrye.com<br>dlindenbaum@kelleydrye.com<br><br>Scott W. Doyle (pro hac vice)<br>D.C. Bar No. 425793<br>**KELLY DRYE & WARREN LLP**<br>Washington Harbour, Suite 400<br>3050 K Street, NW<br>Washington, DC 20007<br>Tel: (202) 342-8845<br>sdoyle@kelleydrye.com<br><br>**ATTORNEYS FOR PLAINTIFF**<br>**The Nielsen Company (US), LLC** |

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 23, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

                                              */s/ Richard G. Frenkel*
                                              Richard G. Frenkel