IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE NIELSEN COMPANY (US), LLC,**<br><br>  Plaintiff,<br><br>v.<br><br>**TVSQUARED LTD.,**<br><br>  Defendant. | Civil Action No. 6:22-cv-00244-ADA-DTG<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND JOINT CLAIM CONSTRUCTION STATEMENT AND TECHNOLOGY TUTORIAL DEADLINES AND RESET *MARKMAN* HEARING DATE**

Plaintiff The Nielsen Company (US), LLC and Defendant TVSquared Ltd. ("the Parties") respectfully jointly request the Court extend the deadlines for the Joint Claim Construction Statement and optional Technology Tutorial to December 22, 2022.

When the Parties agreed to extend other *Markman* briefing dates on August 21, 2022 (D.I. 47), they mistakenly listed the *Markman* hearing as set for January 23, 2023, when in reality it was already set for January 5, 2023 (D.I. 46). The Parties herby request that the Court move the *Markman* hearing to January 23, 2023 or to another date near the end of January 2023 that is convenient for the Court.

The Parties have jointly agreed to request to modify the schedule (*see* D.I. 46, D.I. 47), as follows:

| Current Deadline | Agreed Requested Deadline | Event |
|---|---|---|
| December 19, 2022 | December 22, 2022 | Parties file Joint Claim Construction Statement |

1

| | | |
|---|---|---|
| December 19, 2022 | December 22, 2022 | Parties submit optional Technology Tutorials |
| January 5, 2023 | January 23, 2023 or other date near the end of January 2023 that is convenient for the Court | *Markman* Hearing |

Dated:  November 23, 2022                              Respectfully submitted,

 /s/ Richard G. Frenkel

Richard G. Frenkel (pro hac vice)
Cal. Bar No. 204133
Chaarushena Deb (pro hac vice)
**LATHAM & WATKINS LLP**
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
rick.frenkel@lw.com
chaaru.deb@lw.com

Gabriel K. Bell (pro hac vice)
Diane E. Ghrist (pro hac vice)
**LATHAM & WATKINS LLP**
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
gabriel.bell@lw.com
diane.ghrist@lw.com

Raj Patel (pro hac vice)
**LATHAM & WATKINS LLP**
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
raj.patel@lw.com

Paige Arnette Amstutz
State Bar No. 00796136
**SCOTT DOUGLASS & McCONNICO LLP**
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

**ATTORNEYS FOR DEFENDANT
TVSquared Ltd.**

 /s/ Scott W. Doyle

Mark D. Siegmund (State Bar No. 24117055)
Craig D. Cherry (State Bar No. 24012419)
Gregory P. Love (State Bar No. 24013060)
Justin Allen (State Bar No. 24081977)
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, Texas 76712
Tel: (254) 651-3690
Fax: (254) 651-3689
mark@swclaw.com
craig@swclaw.com
greg@swclaw.com
justin@swclaw.com

Steven Yovits (pro hac vice)
Constantine Koutsoubas (pro hac vice)
**KELLY DRYE & WARREN LLP**
333 West Wacker Drive
Chicago, IL 60606
Tel: (312) 857-7070
syovits@kelleydrye.com
ckoutsoubas@kelleydrye.com

Clifford Katz (pro hac vice)
Malavika Rao (pro hac vice)
David G. Lindenbaum (pro hac vice)
**KELLY DRYE & WARREN LLP**
3 World Trade Center
175 Greenwich St.
New York, NY 10007
Tel: (212) 808-7800
ckatz@kelleydrye.com
mrao@kelleydrye.com
dlindenbaum@kelleydrye.com

Scott W. Doyle (pro hac vice)
D.C. Bar No. 425793
**KELLY DRYE & WARREN LLP**
Washington Harbour, Suite 400
3050 K Street, NW
Washington, DC 20007
Tel: (202) 342-8845
sdoyle@kelleydrye.com

**ATTORNEYS FOR PLAINTIFF
The Nielsen Company (US), LLC**

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on November 23, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing via the Court's CM/ECF system.

/s/ Richard G. Frenkel
Richard G. Frenkel