IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **THE NIELSEN COMPANY (US), LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**TVSQUARED LTD.,**<br><br>*Defendant.* | Civil Action No. 6:22-cv-00244-ADA<br><br>**JURY TRIAL DEMANDED** |

## SECOND STATUS REPORT ON DEFENDANT TVSQUARED LTD.'S MOTION TO TRANSFER

Pursuant to the Court's Standing Order Governing Proceedings (OGP) 4.2—Patent Cases ("Standing Order") § VI and the Second Amended Standing Order Regarding Motions for Inter-District Transfer, Defendant TVSquared Ltd. ("TVSquared") provides the following update regarding its Motion to Transfer Venue to the Southern District of New York.

TVSquared filed its Motion to Transfer Venue on June 1, 2022. Dkt. 30. Venue discovery closed on September 1, 2022. Dkt. 35. Plaintiff The Nielsen Company (US) LLC ("Nielsen") filed its Memorandum of Law in Opposition to TVSquared Ltd.'s Motion to Transfer on September 15, 2022. Dkt. 50. TVSquared filed its Reply In Support Of Motion To Transfer Venue on September 29, 2022. Dkt. 52. The transfer hearing took place, in person, before Magistrate Judge Gilliland on November 14, 2022. Nielsen filed a Supplemental Declaration in support of its Response to the Motion to Transfer on November 15, 2022. Dkt. 63. TVSquared filed Objections to the Supplemental Declaration on November 17, 2022. Dkt. 67.

The claim construction hearing in this case is scheduled for January 5, 2023. Dkt. 46 at 3. The parties jointly moved for the claim construction hearing to be reset at the end of January 2023. Dkt. 70. The issues in TVSquared's transfer motion are ripe for resolution.

1

| | |
|---|---|
| Dated: December 8, 2022 | Respectfully submitted, |// 

Dated: December 8, 2022                            Respectfully submitted,

/s/ *Paige Arnette Amstutz*

Richard G. Frenkel (pro hac vice)
Cal. Bar No. 204133
Chaarushena Deb (pro hac vice)
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, CA 94025
Tel: (650) 328-4600
Fax: (650) 463-2600
rick.frenkel@lw.com
chaaru.deb@lw.com

Gabriel K. Bell (pro hac vice)
Diane E. Ghrist (pro hac vice)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, D.C. 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
gabriel.bell@lw.com
diane.ghrist@lw.com

Raj Patel (pro hac vice)
LATHAM & WATKINS LLP
330 N. Wabash Avenue, Suite 2800
Chicago, IL 60611
Tel: (312) 876-7700
Fax: (312) 993-9767
raj.patel@lw.com

Paige Arnette Amstutz
TX State Bar No. 00796136
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (512) 495-6300
Fax: (512) 495-6399
pamstutz@scottdoug.com

*Attorneys for Defendant
TVSquared Ltd.*

## CERTIFICATE OF SERVICE

Pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5, I hereby certify that, on December 8, 2022, all counsel of record who have appeared in this case are being served with a copy of the foregoing by email and via the Court's CM/ECF system.

*/s/ Paige Arnette Amstutz*
Paige Arnette Amstutz
