# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE NIELSEN COMPANY (US), LLC,**<br><br>   Plaintiff,<br><br>v.<br><br>**TVSQUARED LTD.,**<br><br>   Defendant. | Civil Action No. 6:22-cv-00244-ADA-DTG<br><br><br>**JURY TRIAL DEMANDED** |

## ORDER GRANTING JOINT MOTION TO EXTEND JOINT CLAIM CONSTRUCTION STATEMENT AND TECHNOLOGY TUTORIAL DEADLINES AND RESET *MARKMAN* HEARING DATE

On this day, came on for consideration Plaintiff The Nielsen Company (US), LLC and Defendant TV Squared Limited's Joint Motion to Extend Joint Claim Construction Statement and Technology Tutorial Deadlines and Reset *Markman* Hearing Date (the "Joint Motion"). The Court has considered the Joint Motion, and the case record, and is of the opinion that the Joint Motion should be granted.

It is therefore ORDERED that the Joint Motion filed on November 23, 2022 is GRANTED and the deadline for Parties to submit their joint claim construction statement and technology tutorials is extended and the *Markman* hearing is reset as follows:

| Current Deadline | New Deadline | Event |
|---|---|---|
| December 19, 2022 | December 22, 2022 | Parties file Joint Claim Construction Statement |
| December 19, 2022 | December 22, 2022 | Parties submit optional Technology Tutorials |

| January 5, 2023 | January 23, 2023 | *Markman* Hearing |

SIGNED on this 12th day of December, 2022

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE