# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| **THE NIELSEN COMPANY (US), LLC,** Plaintiff, v. **TVSQUARED LTD.,** Defendant. | Civil Action No. 6:22-cv-00244-ADA-DTG **JURY TRIAL DEMANDED** |

### ORDER GRANTING JOINT MOTION TO RESET *MARKMAN* HEARING DATE, EXTEND TIME FOR FACT DISCOVERY AND INITIAL DISCLOSURES, AND MODIFY THE SCHEDULING ORDER

On this day, came on for consideration Plaintiff The Nielsen Company (US), LLC and Defendant TV Squared Limited's Joint Motion to Reset *Markman* Hearing Date, Extend Time for Fact Discovery and Initial Disclosures, and Modify the Scheduling Order (the "Joint Motion"). The Court has considered the Joint Motion, and the case record, and is of the opinion that the Joint Motion should be granted.

It is therefore ORDERED that the Joint Motion filed on December 21, 2022 is GRANTED.

It is further ORDERED that the *Markman* hearing is reset to January 27, 2023, and conducted via Zoom.

It is further ORDERED that the deadline for the opening of fact discovery and for the Parties to exchange initial disclosures is extended until one day after the *Markman* hearing is reset.

It is further ORDERED that the Scheduling Order is modified, as follows:

| Current Deadline | New Deadline | Event |
| --- | --- | --- |
| December 22, 2022 | One Court day after the *Markman* hearing | Opening of Fact Discovery |
| December 22, 2022 | One Court day after the *Markman* hearing | Parties Exchange Initial Disclosures |
| January 23, 2023 | January 27, 2023 | *Markman* Hearing |

SIGNED on this 22nd day of December, 2022

_____
DEREK T. GILLILAND
UNITED STATES MAGISTRATE JUDGE